```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

AUSTIN SAMPLES                                             PLAINTIFF

    V.                     Civil No. 14-6118

LARRY CAIN, Jail Administrator,
Clark County Detention Center;
and SHERIFF JASON WATSON                                   DEFENDANTS

## O R D E R

On this 28th day of July 2015, there comes on for consideration the report and recommendation filed in this case on July 2, 2015, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 21). No objections were filed to the report and recommendation.

Plaintiff's mail has been continually returned to the Court as undeliverable since March 16, 2015, with no communication from Plaintiff. The Court has no new address for Plaintiff.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint (doc. 2) is DISMISSED WITHOUT PREJUDICE for failure to prosecute and for failure to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge

**AO72A**
**(Rev. 8/82)**